# United States District Court

-------------------------- DISTRICT OF KANSAS--------------------------

RUTH M. HARTER, Individually and on behalf
Of the Heirs to CLINT HARTER, deceased

And

JULIE NORDMAN, Individually and as heir to
RANDY NORDMAN, deceased

              Plaintiffs,

v.                                                     Case No: 17-cv-2398-JAR-GEB

UNITED STATES OF AMERICA,
DOES 1-10

              Defendants.

JANICE G. WILSON, as Guardian-Conservator
On behalf of Eric Scott Ryerson

v.                                                     Case No.: 18-cv-2033-JAR-GEB

UNITED STATES OF AMERICA,
DOES 1-10

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.


IT IS ORDERED AND ADJUDGED

that pursuant to the Memorandum and Order (Doc. 32) filed on September 26, 2018, that the United States' Motions to Dismiss (Docs. 13 and 23) are **GRANTED**.

The case is hereby dismissed.

9/26/2018<br>
Date

TIMOTHY M. O'BRIEN<br>
CLERK OF THE DISTRICT COURT

by: s/Bonnie Wiest<br>
Deputy Clerk